**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Georgia

Case number *(If known):* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Genesis Vascular of Pooler, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Genesis Vascular of Pooler<br>Genesis Pooler |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 47-2676935 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1000 Towne Center Blvd. | 1000 Towne Center Blvd. |
| Number        Street | Number        Street |
| Building 400 | Building 400 |
| | P.O. Box |
| Pooler        GA    31322 | Pooler        GA    31322 |
| City                State        ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Chatham County | |
| County | Number        Street |
| | City                State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | genesisghc.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Genesis Vascular of Pooler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

6213

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____/____/_____ Case number _____
                                         MM / DD / YYYY

           District _____ When ____/____/_____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

           District _____ When ____/____/_____
                                           MM / DD / YYYY

           Case number, if known _____

| Debtor | Genesis Vascular of Pooler, LLC | Case number *(if known)* _____ |
|--------|--------------------------------|---------------------------------------------|
|        | Name                           |                                             |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number　　　　　Street

_____

_____
City　　　　　　　　　　　　　　　State　　　ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor      Genesis Vascular of Pooler, LLC
            _____          Case number (if known) _____
            Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

████ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/04/2021
            MM  / DD / YYYY

✖ /s/ Howard Gale, M.D.                      Howard Gale, M.D.
_____          _____
Signature of authorized representative of debtor      Printed name

Title  Corporate Representative
      _____

**18. Signature of attorney**

✖ /s/ Jon Levis                      Date  01/04/2021
_____          _____
Signature of attorney for debtor                MM  / DD / YYYY

Jon Levis
_____
Printed name

Merrill & Stone LLC
_____
Firm name

Post Office Box 129
_____
Number      Street

Swainsboro                      GA      30401
_____      _____  _____
City                            State    ZIP Code

478-237-7029                      levis@merrillstone.com
_____      _____
Contact phone                      Email address

448848                           GA
_____      _____
Bar number                        State

**Fill in this information to identify the case:**

Debtor name ___Genesis Vascular of Pooler, LLC___

United States Bankruptcy Court for the: ___Southern District of Georgia___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................. $ _____ 197,217.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................... $ _____ 197,217.98

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............... $ _____ 99,907.67

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................ $ _____ 25,133.25

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ............... +$ _____ 1,035,414.54

4. **Total liabilities** ..........................................................
   Lines 2 + 3a + 3b   $ _____ 1,160,455.46

---

**Fill in this information to identify the case:**

Debtor name    Genesis Vascular of Pooler, LLC

United States Bankruptcy Court for the:   Southern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nextgen Healthcare Information Systems, LLC f/k/a Nextgen Healthcare Information Systems, Inc. c/o Paul N. Andonian, Esq. 159810 Ventura Blvd., 12th Floor Encino, CA. 91436 | | Services | Disputed | | | 202,266.08 |
| 2 | Boston Scientific Corporation Post Office Box 786205 Philadelphia, PA, 19178-6205 | | Suppliers or Vendors | Disputed | | | 138,323.48 |
| 3 | Pepper Hamilton, LLP 19th Floor, High Street Tower 125 High Street Boston, MA, 02110-2736 | | Services | | | | 136,725.72 |
| 4 | Morris, Manning & Martin, LLP 1600 Atlanta Financial Center 3343 Peachtree Road, NE Atlanta, GA, 30326-1044 | | Services | | | | 84,771.15 |
| 5 | Cardiovascular Systems, Inc. Dept. CH 19348 Palatine, IL, 60055-9348 | | Suppliers or Vendors | | | | 59,766.15 |
| 6 | The Spectranetics Corp/Phillips Dept. CH 19038 Palatine, IL, 60055-9038 | | Suppliers or Vendors | | | | 59,652.50 |
| 7 | Genesis Healthcare Management 575 Rt. 73 North Suite A6 West Berlin, NJ, 08091 | | Services | | | | 56,920.71 |
| 8 | Abbott Vascular 75 Remittance Drive Suite 1138 Chicago, IL, 60675-1138 | | Suppliers or Vendors | | | | 47,174.90 |

Debtor   Genesis Vascular of Pooler, LLC
         _____
         Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Embark Properties VII, LLC 7 Dockside Drive Savannah, GA, 31410 | | Rent & CAM | | | | 42,797.96 |
| 10 | AMI Healthcare Management 19785 Crystal Rock Drive Suite 307 Germantown, MD, 20874 | | Services | | | | 32,105.99 |
| 11 | Crowder Stewart, LLP Post Office Box 160 Augusta, GA, 30903 | | Services | | | | 26,875.00 |
| 12 | Wellcare of Georgia, Inc. Attn: Claim Refunds Post Office Box 8500-7296 Philadelphia, PA, 19178-7296 | | over payment of claims | | | | 26,087.00 |
| 13 | Medtronic 4642 Collection Center Drive Chicago, IL, 60693-0046 | | Suppliers or Vendors | | | | 16,179.35 |
| 14 | Real Op Investments 504 Rhett Street Suite 200 Greenville, SC, 29601 | | Past Due Rent & CAM Fees | | | | 15,000.00 |
| 15 | Masergy Cloud Communications, Inc. Post Office Box 733939 Dallas, TX, 75373-3939 | | Telephone / Internet services | | | | 9,858.78 |
| 16 | All About Medical Transport 1306 Heidt Avenue Suite D Savannah, GA, 31408 | | Services | | | | 8,754.05 |
| 17 | Momentum Digital, LLC 1010 N. Hancock Street Philadelphia, PA, 19123 | | | | | | 7,800.00 |
| 18 | Terumo Post Office Box 930299 Atlanta, GA, 31193-0299 | | Suppliers or Vendors | | | | 7,358.91 |
| 19 | BioMedix 2025 Centre Pointe Blvd. Suite 200 Saint Paul, MN, 55120 | | Suppliers or Vendors | | | | 6,771.81 |
| 20 | ZOG, Inc. 595 Bethlehem Pike Suite 404 Montgomeryville, PA, 18936 | | | | | | 5,943.00 |

**Fill in this information to identify the case:**

Debtor name ___Genesis Vascular of Pooler, LLC___

United States Bankruptcy Court for the: __Southern District of Georgia__

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔   $_____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔   $_____
                          face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. _____   _____%   _____   $_____

15.2. _____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies Medical Supplies - See Exh. "A" Attached Hereto | 03/01/2020 MM / DD / YYYY | $_____ | Price per unit based on | 68,781.98 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 68,781.98

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | $_____ | _____ | $_____ |
| 29. Farm animals Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | $_____ | _____ | $_____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office furniture - See Exhibit "B" attached hereto. | $ 5,325.00 | _____ | $ 5,325.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equipment - See Exhibit "B" attached hereto. | $ 53,111.00 | _____ | $ 53,111.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $ 58,436.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | |
|---|---|---|
| $ 70,000.00 | | $ 70,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 70,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor ___Genesis Vascular of Pooler, LLC_____   Case number _(if known)_____
        Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Leased property located at 1000 Towne Center Blvd., Building 400, Pooler, GA | | $_____ | _____ | $  0.00 _____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $  0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Trademark | $_____ | _____ | $  0.00 _____ |
| 61. **Internet domain names and websites** Website | $_____ | _____ | $  0.00 _____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** Patient Medical Records | $_____ | _____ | $  0.00 _____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** Goodwill | $_____ | _____ | Unknown _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $  0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ — _____ = ➜  $_____

Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____

_____  Tax year _____  $_____

_____  Tax year _____  $_____

**73.** **Interests in insurance policies or annuities**

_____  $_____

**74.** **Causes of action against third parties** (whether or not a lawsuit has been filed)

Counter Claim Against Nextgen Healthcare Information Systems, LL  $ 0.00

Nature of claim     Counter Claims

Amount requested    $ 1.00

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim     _____

Amount requested    $_____

**76.** **Trusts, equitable or future interests in property**

_____  $_____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  $_____

_____  $_____

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.  $ 0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 68,781.98 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 58,436.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 70,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 197,217.98 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................   197,217.98   $ 197,217.98

Debtor 1    Genesis Vascular of Pooler, LLC

First Name    Middle Name    Last Name      Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **VenaCure 1470 Laser** | 20,000.00 | 20,000.00 |
| **C-Arm Ziehm Vision RFD Hybird Edition Mobile C-Arm x-Ray Machine** | 50,000.00 | 50,000.00 |

**Fill in this information to identify the case:**

Debtor name _____Genesis Vascular of Pooler, LLC_____

United States Bankruptcy Court for the: ___Southern District of Georgia___

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1** Creditor's name
AngioDynamics Finance

Describe debtor's property that is subject to a lien
VenaCure 1470 Laser

$ 8,998.41        $ 20,000.00

Creditor's mailing address
7808 Creekridge Circle
Suite 250, Minneapolis, MN 55439

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account
number                -001

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Sea Island Bank div Synovus Bank

Describe debtor's property that is subject to a lien
C-Arm Ziehm Vision RFD Hybrid Edition
Mobile C-Arm x-Ray Machine

$90,909.26        $50,000.00

Creditor's mailing address
1148 Broadway
Columbus, GA 31901

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account
number                1/10

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Have you already specified the relative
      priority?
      ☐ No. Specify each creditor, including this
            creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is
      specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
   Page, if any.**                                                              $ 99,907.67

Debtor    Genesis Vascular of Pooler, LLC
_____                    Case number (*if known*)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|--------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|------------------------------------------------|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

Fill in this information to identify the case:

Debtor    Genesis Vascular of Pooler, LLC

United States Bankruptcy Court for the:    Southern District of Georgia

Case number
(if known)   _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Chatham County Board of Assessors
Post Office Box 9786
Savannah, GA, 31412-9786

As of the petition filing date, the claim is: $ 7,854.04      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
2020

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2**   Priority creditor's name and mailing address
Chatham County Tax Commissioner
222 W. Oglethorpe Avenue
Suite 107
Savannah, GA, 31401

As of the petition filing date, the claim is: $ 9,348.01      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
2019

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.3**   Priority creditor's name and mailing address
Chatham County Tax Commissioner
Post Office Box 9827
Savannah, GA, 31412

As of the petition filing date, the claim is: $ 7,830.37      $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
2020

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Debtor   Genesis Vascular of Pooler, LLC
Name

Case number (if known)

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

2.<u>4</u>  **Priority creditor's name and mailing address**

Internal Revenue Service
Ogden, UT, 84201-0102

$ <u>100.83</u>   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
<u>2019</u>

**Basis for the claim:**
<u>Taxes & Other Government Units</u>

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( <u>8</u> )

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.____  **Priority creditor's name and mailing address**

$ _____   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.____  **Priority creditor's name and mailing address**

$ _____   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

2.____  **Priority creditor's name and mailing address**

$ _____   $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Case 21-40001-EJC   Doc#:1   Filed:01/04/21   Entered:01/04/21 11:33:48   Page:21 of 65

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
A.S.R.S. Inc.
Post Office Box 14651
Savannah, GA, 31416

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,683.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Abbott Vascular
75 Remittance Drive
Suite 1138
Chicago, IL, 60675-1138

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 47,174.90

Date or dates debt was incurred _____

Last 4 digits of account number   1000209509

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
Advance Medical Designs, Inc.
1241 Atlanta Industrial Drive
Marietta, GA, 30066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,053.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
All About Medical Transport
1306 Heidt Avenue
Suite D
Savannah, GA, 31408

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

$ 8,754.05

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
AMI Healthcare Management
19785 Crystal Rock Drive
Suite 307
Germantown, MD, 20874

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

$ 32,105.99

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
Angio Advancements, LLC
Post Office Box 7125

Fort Myers, FL, 33911

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,979.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Genesis Vascular of Pooler, LLC
_____   Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

AngioDynamics, Inc.
Post Office Box 1549
Albany, NY, 12201-1549

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,801.45

---

**3.8** Nonpriority creditor's name and mailing address

BioMedix
2025 Centre Pointe Blvd.
Suite 200
Saint Paul, MN, 55120

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   15819

$ 6,771.81

---

**3.9** Nonpriority creditor's name and mailing address

Boston Scientific Corporation
Post Office Box 786205
Philadelphia, PA, 19178-6205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   448107

$ 138,323.48

---

**3.10** Nonpriority creditor's name and mailing address

Bracco Diagostics, Inc.
Post Office Box 978952
Dallas, TX, 75397-8952

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 552.02

---

**3.11** Nonpriority creditor's name and mailing address

C-III, Godley Station
c/o C-III Asset Management, LLC
5221 N. O'Connor Blvd., Ste. 600
Irving, TX, 75039

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease Payments

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor    Genesis Vascular of Pooler, LLC        Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.12** Nonpriority creditor's name and mailing address

Cardinal Health
Post Office Box 13862
Newark, NJ, 07188-0862

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,271.93

---

**3.13** Nonpriority creditor's name and mailing address

Cardiovascular Systems, Inc.
Dept. CH 19348
Palatine, IL, 60055-9348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number GVPOO1

$ 59,766.15

---

**3.14** Nonpriority creditor's name and mailing address

Change Healthcare
Post Office Box 572490
Murray, UT, 84157-2490

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 8802867895

$ 474.00

---

**3.15** Nonpriority creditor's name and mailing address

City of Pooler
100 US Highway 80 SW
Pooler, GA, 31322-2530

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 24-01520-04

$ 284.82

---

**3.16** Nonpriority creditor's name and mailing address

Crowder Stewart, LLP
Post Office Box 160
Augusta, GA, 30903

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 26,875.00

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

CT Corporation
Post Office Box 4349
Carol Stream, IL, 60197-4349

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 2,172.00

Date or dates debt was incurred _____

Last 4 digits of account number    11357925

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

DRJRD, LLC
1321 Chuck Dawley Blvd.
Suite 102
Mount Pleasantor Pooler, SC, 29464-6131

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,540.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

E. Jerry Cohn, Jr., M.D. & Sharon Bell
c/o James D. Durham, Esq.
102 East Liberty Street
Savannah, GA, 31401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: False Claim

$ 1.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

eClinicalWorks
Post Office Box 847950
Boston, MA, 02284-7950

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Electronic Medical Records

$ 1,405.00

Date or dates debt was incurred _____

Last 4 digits of account number    24395

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Embark Properties VII, LLC
7 Dockside Drive
Savannah, GA, 31410

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent & CAM

$ 42,797.96

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☑ Yes

Debtor    Genesis Vascular of Pooler, LLC                        Case number *(if known)*

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.22** Nonpriority creditor's name and mailing address

Farmer Insurance
Post Office Box 1139
Draper, UT, 84020-1139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,455.00

**Basis for the claim:** Worker's Compensation Policy

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    A400003490000

---

**3.23** Nonpriority creditor's name and mailing address

Farmers Insurance
6301 Owensmouth Avenue
Woodland Hills, CA, 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 395.90

**Basis for the claim:** Workman's Comp. Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    0488-001-00001

---

**3.24** Nonpriority creditor's name and mailing address

Genesis Healthcare Management
575 Rt. 73 North Suite A6
West Berlin, NJ, 08091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 56,920.71

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

---

**3.25** Nonpriority creditor's name and mailing address

Georgia Power
96 Annex
Atlanta, GA, 30396-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,481.24

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    52518-23056

---

**3.26** Nonpriority creditor's name and mailing address

Hargray
Post Office Box 2000
Hilton Head Island, SC, 29938-2000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,615.78

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number    1000632256

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 7 of 15

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27 Nonpriority creditor's name and mailing address**

Heritage Business Systems, Inc.
Post Office Box 684
Pennsauken, NJ, 08110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 389.27

---

**3.28 Nonpriority creditor's name and mailing address**

Kabat Chapman & Ozmer, LLP
171 17th Street, NW
Suite 1550
Atlanta, GA, 30363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number   001152

$ 3,216.00

---

**3.29 Nonpriority creditor's name and mailing address**

Masergy Cloud Communications, Inc.
Post Office Box 733939
Dallas, TX, 75373-3939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number   434091

$ 9,858.78

---

**3.30 Nonpriority creditor's name and mailing address**

Medtronic
4642 Collection Center Drive
Chicago, IL, 60693-0046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 16,179.35

---

**3.31 Nonpriority creditor's name and mailing address**

Merit Medical
Post Office Box 204842
Dallas, TX, 75320-4842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number   177737

$ 1,659.83

---

Debtor    Genesis Vascular of Pooler, LLC
                                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Momentum Digital, LLC
1010 N. Hancock Street
Philadelphia, PA, 19123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,800.00

Date or dates debt was incurred
Last 4 digits of account number

---

**3.33** Nonpriority creditor's name and mailing address

Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA, 30326-1044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 84,771.15

Date or dates debt was incurred
Last 4 digits of account number    35646

---

**3.34** Nonpriority creditor's name and mailing address

Morris, Manning & Martin, LLP
24 Drayton Street
Suite 712
Savannah, GA, 31401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,366.28

Date or dates debt was incurred
Last 4 digits of account number    712746

---

**3.35** Nonpriority creditor's name and mailing address

Nextgen Healthcare Information Systems, LLC
f/k/a Nextgen Healthcare Information Systems, Inc.
c/o Paul N. Andonian, Esq.
159810 Ventura Blvd., 12th Floor
Encino, CA, 91436

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 202,266.08

Date or dates debt was incurred
Last 4 digits of account number

---

**3.36** Nonpriority creditor's name and mailing address

Pepper Hamilton, LLP
19th Floor, High Street Tower
125 High Street
Boston, MA, 02110-2736

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 136,725.72

Date or dates debt was incurred
Last 4 digits of account number    144021

---

Debtor   Genesis Vascular of Pooler, LLC                    Case number *(if known)*
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.37** **Nonpriority creditor's name and mailing address**

Primepoint, LLC
2 Springside Road
Mount Holly, NJ, 08060

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 35.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

Real Op Investments
504 Rhett Street
Suite 200
Greenville, SC, 29601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Past Due Rent & CAM Fees

$ 15,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

Sci Image
4916 El Camino Real
Suite 200
Los Altos, CA, 94022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

Stericycle, Inc.
Post Office Box 6582
Carol Stream, IL, 60197-6582

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 1,922.78

Date or dates debt was incurred _____

Last 4 digits of account number    8277229-001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

STUDIO27 Print & Design
1 Parker Avenue
Suite 3306
Philadelphia, PA, 19128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 847.17

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Sunshine Communication Services
159 Madeira Avenue

Miami, FL, 33134

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 114.90

Date or dates debt was incurred    _____

Last 4 digits of account number    37921

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Synovus Bank
ODP Dept.
Post Office Box 120
Columbus, GA, 31901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Overdrawn Bank Account

$ 1,426.71

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Terumo
Post Office Box 930299
Atlanta, GA, 31193-0299

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,358.91

Date or dates debt was incurred    _____

Last 4 digits of account number    56319

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

The Corland Group
Post Office Box 2357
Waycross, GA, 31502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 525.00

Date or dates debt was incurred    _____

Last 4 digits of account number    xVP001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

The Spectranetics Corp/Phillips
Dept. CH 19038
Palatine, IL, 60055-9038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 59,652.50

Date or dates debt was incurred    _____

Last 4 digits of account number    21625

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Genesis Vascular of Pooler, LLC

Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.47** | Nonpriority creditor's name and mailing address

Trilogy Medwaste Southeast, LLC
8554 Katy Freeway
Suite 200
Houston, TX, 77024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 128.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address

Trotter Jones, LLP
3527 Walton Way Ext.
Augusta, GA, 30909-1821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 837.94

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address

Uber
HQ 1455 Market Street #400
San Francisco, CA, 94103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 847.48

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address

Wellcare of Georgia, Inc.
Attn: Claim Refunds
Post Office Box 8500-7296
Philadelphia, PA, 19178-7296

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** over payment of claims

$ 26,087.00

Date or dates debt was incurred _____

Last 4 digits of account number 598591  GMR

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address

ZOG, Inc.
595 Bethlehem Pike
Suite 404
Montgomeryville, PA, 18936

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,943.51

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Abbott Laboratories, Inc.<br>100 Abbott Park Road<br>North Chicago, IL, 60064-3500 | Line 3.2<br>☐ Not listed. Explain: | 9509 |
| 4.2. | Abbott Laboratories, Inc.<br>22400 Network Place<br>Chicago, IL, 60673-1224 | Line 3.2<br>☐ Not listed. Explain | _____ |
| 4.3. | Access Receivables<br>11350 McCormick Road, EPIII<br>Suite 800<br>Hunt Valley, MD, 21031 | Line 3.29<br>☐ Not listed. Explain | 4091 |
| 4.4. | Angio Advancements, LLC<br>134 S. Charles Richard Beall Blvd.<br>Debary, FL, 32713 | Line 3.6<br>☐ Not listed. Explain | _____ |
| 41. | Boston Scientific Corporation<br>100 Boston Scientific Way<br>Marlborough, MA, 01752 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.5. | C-III, Godley Station<br>c/o NAI Mopper Benton<br>1400 W. Northwood<br>Greensboro, NC, 27408 | Line 3.11<br>☐ Not listed. Explain | _____ |
| 4.6. | CCC of NY<br>Post Office Box 288<br>Tonawanda, NY, 14151-0288 | Line 3.13<br>☐ Not listed. Explain | 8762 |
| 4.7. | Change Healthcare<br>5995 Windward Parkway<br>MSTP 4901<br>Alpharetta, GA, 30005 | Line 3.14<br>☐ Not listed. Explain | 7895 |
| 4.8. | Charles C. Grile, Esq.<br>Attorney At Law<br>Post Office Box 663<br>Pooler, GA, 31322 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.9. | Chatham County Personal Property<br>Post Office Box 6582<br>Carol Stream, IL, 60197-6582 | Line 2.2<br>☐ Not listed. Explain | 6259 |
| 4.10. | Collection Agency<br>Post Office Box 17221<br>Wilmington, DE, 19850 | Line 3.43<br>☐ Not listed. Explain | _____ |
| 4.11. | David J. Gengler, Esq.<br>4650 N. Port Washington Road<br>Washington Bldg., 2nd Floor<br>Milwaukee, WI, 53212-1059 | Line 3.2<br>☐ Not listed. Explain | _____ |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__13__   eClinicalWorks<br>Two Technology Drive<br>Westborough, MA, 01581 | Line _3.20_<br>☐ Not listed. Explain | 4395 |
| 4.__14__   Farmers Insurance<br>Post Office Box 4665<br>Carol Stream, IL, 60197-4665 | Line _3.23_<br>☐ Not listed. Explain | 0001 |
| 4.__15__   Georgia Power<br>BIN #10102<br>241 Ralph McGil Blvd.<br>Atlanta, GA, 30308-3374 | Line _3.25_<br>☐ Not listed. Explain | 3056 |
| 4.__16__   Greenberg, Grant & Richards, Inc.<br>Corporate Headquarters<br>5858 Westheimer Rd, Suite 500<br>Houston, TX, 77057 | Line _3.8_<br>☐ Not listed. Explain | 5819 |
| 4.__17__   Hargray Remittance Center<br>Post Office Box 100116<br>Columbia, SC, 29202-3116 | Line _3.26_<br>☐ Not listed. Explain | 2256 |
| 4.__18__   J.S. Braddock Agency<br>22 North Main Street<br>Medford, NJ, 08055 | Line _3.22_<br>☐ Not listed. Explain | _____ |
| 4.__19__   Masergy<br>5757 W. Century Blvd.<br>Suite 575<br>Los Angeles, CA, 90045 | Line _3.29_<br>☐ Not listed. Explain | 4091 |
| 4.__20__   Stericycle, Inc.<br>2355 Waukegan Road<br>Deerfield, IL, 60015 | Line _3.40_<br>☐ Not listed. Explain | 7229 |
| 4.__21__   US Department of Revenue<br>Central Insolvency Unit<br>P.O. Box 7345<br>Philadelphia, PA, 19101 | Line _2.4_<br>☐ Not listed. Explain | 6935 |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | _____ |

Debtor      Genesis Vascular of Pooler, LLC

Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 25,133.25 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $ 1,035,414.54 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,060,547.79 |

Fill in this information to identify the case:

Debtor name __Genesis Vascular of Pooler, LLC__

United States Bankruptcy Court for the: __Southern District of Georgia__

Case number (If known): _____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Lessee | BioMedix 2025 Centre Pointe Blvd. Suite 200 Saint Paul, MN, 55120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Medical Waste Contract Lessee | Stericycle, Inc. 2355 Waukegan Road Bannockburn, IL, 60015 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Genesis Vascular of Pooler, LLC

United States Bankruptcy Court for the:  Southern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Abraham K. Lin | Abraham K. Lin<br>701 Oglethorpe Trace<br>Statesboro, GA 30458 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Ajay Jain | Ajay Jain<br>1497 Fair Road<br>Statesboro, GA 30458 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Todd Newsom | Todd Newsom<br>321 East Jones Street<br>Savannah, GA 31401 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Leonard M. Talarico | Leonard M. Talarico<br>Pooler Property Holdings, LLC<br>140 Traders Way<br>Pooler, GA 31322 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Howard Gale | Howard Gale<br>1904 Sweet Bay Cove<br>Statesboro, GA 30458 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 David Roland Nabert | David Roland Nabert<br>21056 US Hwy. 80 W.<br>Statesboro, GA 30458 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |

Debtor  Genesis Vascular of Pooler, LLC
      Name

Case number *(if known)*

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Codebtors** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Keith A. Rouse | Keith A. Rouse<br>310 Eisenhower Drive<br>Bldg. 7A<br>Savannah, GA 31406 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | SJS Family Trust c | SJS Family Trust c/o Alexis Shin Trustee<br>1156 Brannen Lake Road<br>Statesboro, GA 30458 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Brian A. Moogerfel | Brian A. Moogerfeld<br>AKM Georgia Enterprises, LLLP<br>5 Mayhaw Lane<br>Savannah, GA 31411 | Sea Island Bank div Syno | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | _____ | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**United States Bankruptcy Court**
Georgia - Southern

In re: Genesis Vascular of Pooler, LLC

Case No.

Chapter  11

Debtor(s)

# BUSINESS INCOME AND EXPENSES

**Gross Monthly Income**                           $_____

**Business Expenses**

        Cost of goods sold                         _____

        Advertising                                   _____

        Car and truck expenses                   _____

        Fees                                          _____

        Depreciation                               _____

        Employee benefits                        _____

        Insurance                                   _____

        Interest                                      _____

        Legal and professional                   _____

        Office expense                            _____

        Pension and profit sharing              _____

        Rent                                          _____

        Other leases                               _____

        Repairs                                       _____

        Maintenance                               _____

        Supplies                                      _____

        Taxes and licenses                        _____

        Travel, meals, etc                         _____

        Utilities                                      _____

        Other _____        _____

        _____

        _____

**Total Expenses**                                  $ 0.00_____

**Net Monthly Income**                           $ 0.00_____

**Fill in this information to identify the case and this filing:**

Debtor Name ___Genesis Vascular of Pooler, LLC___

United States Bankruptcy Court for the: ___Southern District of Georgia___

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/04/2021___      ✗ /s/ Howard Gale, M.D.
        MM / DD / YYYY        Signature of individual signing on behalf of debtor

                       Howard Gale, M.D.
                       Printed name

                       Corporate Representative
                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Genesis Vascular of Pooler, LLC

United States Bankruptcy Court for the:  Southern District of Georgia

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 607,212.00 |
| **For prior year:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 2,454,989.00 |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ _____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020<br>MM / DD / YYYY | to | Filing date | _____ | $ 0.00 |
| **For prior year:** | From 01/01/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | _____ | $ 0.00 |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor ___Genesis Vascular of Pooler, LLC_____     Case number (*if known*)_____
           Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ <br> Creditor's name <br><br> _____ <br><br> _____ <br><br> _____ | _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | _____ <br> Creditor's name <br><br> _____ <br><br> _____ <br><br> _____ | _____ | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Dr. Abe Lin <br> Insider's name <br> 922 Northside Drive East <br> Statesboro, GA 30458 <br><br> **Relationship to debtor** <br> Managing Member | 06/01/2019 <br><br> 03/01/2020 <br><br> _____ | $ 43,750.00 | Medical Director |
| 4.2. | Dr. Abe Lin <br> Insider's name <br> 922 Northside Drive East <br> Statesboro, GA 30458 <br><br> **Relationship to debtor** <br> Managing Member | 06/1/2019 <br><br> 03/01/2020 <br><br> _____ | $ 167,166.98 | RVU - Services Rendered to Patients |

Debtor    Genesis Vascular of Pooler, LLC
_____    Case number (*if known*)_____
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Boston Scientific Corporation v. Genesis Vascular of Pooler, LLC | Complaint | State Court of Chatham County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** STCV20-00373 | | GA | |
| 7.2. United States of America, ex rel. E. Jerry Cohn, Jr., M.D. and Sharon Bell, State of Georgia. ex rel. E. Jerry Cohn. | | Court or agency's name and address U.S. District Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number** 4:18-cv-128 | Complaint - False Claim | GA | |

Debtor    Genesis Vascular of Pooler, LLC
_____    Case number (if known)_____
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| | _____ | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor    Genesis Vascular of Pooler, LLC
_____    Case number (if known)_____
          Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Merrill & Stone, LLC | | 05/15/2020 | $ 21,717.00 |
| | **Address** | | | |
| | Post Office Box 129 Swainsboro, GA 30401 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor        Genesis Vascular of Pooler, LLC
              ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          Case number *(if known)*‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
              Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | | ‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾ |
| | **Address** | | | |
| | **Relationship to debtor** ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | | | |
| 13.2. | **Who received transfer?** ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | | ‾‾‾‾‾‾‾‾‾ | $‾‾‾‾‾‾‾ |
| | **Address** | | | |
| | **Relationship to debtor** ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From ‾‾‾‾‾‾‾ | To ‾‾‾‾‾‾‾ |
| 14.2. | | From ‾‾‾‾‾‾‾ | To ‾‾‾‾‾‾‾ |

| Debtor | Genesis Vascular of Pooler, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Patient Information

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor  Genesis Vascular of Pooler, LLC
_____
Name

Case number (if known)_____

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

Debtor    Genesis Vascular of Pooler, LLC
_____        Case number (if known)_____
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

Debtor    Genesis Vascular of Pooler, LLC
_____
          Name

Case number (*if known*)_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Genesis Vascular of Pooler, LLC
_____          Case number (if known)_____
          Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Genesis HealthCare Management<br>Name<br>575 North Route 73, Suite A6, West Berlin, NJ 08091 | From 12/01/2014<br>To 10/31/2019 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Dr. Abe Lin<br>Name | From 10/01/2019<br>To 10/31/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Robin Tanner, TJS Deemer Dana<br>Name<br>118 Park of Commerce, Suite 200, Savannah, GA 31405 | From 08/01/2017<br>To 08/01/2017 |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. James and Barbara O'Dare<br>Name<br>575 RT 73 North, Suite A-6, West Berlin, NJ 08091 | They still retain the official debtor books up to October 2019. |

---

Debtor   Genesis Vascular of Pooler, LLC
_____   Case number (*if known*)_____
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.  Andy Ashton, CPA | |
| Name | |
| Doctors Management, 10401 Kingston Pike, Knoxville, TN 37922 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ |
| Name |

| Name and address |
|---|
| 26d.2. _____ |
| Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jana Bevill | _____ | $ 68,781.98 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.  Genesis Vascular of Pooler, LLC |
| Name |
| 1000 Towne Center Blvd. |
| Building 400 |
| Pooler, GA 31322 |

| Debtor | Genesis Vascular of Pooler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |
| **Name and address of the person who has possession of inventory records** | | | |
| 27.2. | | | |
| | Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| AKM Georgia Enterprises, LLLP | 5 Mayhaw Lane, Savannah, GA 31411 | | 4.00 |
| C3 of Bulloch, Inc. | 701 Oglethorpe Trace, Statesboro, GA 30458 | | 40.00 |
| Dr. Todd Newsom | 321 East Jones Street, Savannah, GA 31401 | | 10.00 |
| Pooler Property Holdings, LLC | c/o Dr. Leonard Talarico 140 Traders Way, Pooler, GA 31322 | | 7.00 |
| Dr. Howard Gale | 1904 Sweet Bay Cove, Statesboro, GA 30458 | | 10.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Dr. Abe Lin | 22,201.90 | 03/01/2020 | RVU - Services Rendered to Patients |
| Name | | | |
| 922 Northside Drive East Statesboro, GA 30458 | | | |
| | | | |
| **Relationship to debtor** | | | |
| Managing Member | | | |

Debtor    Genesis Vascular of Pooler, LLC
_____
          Name                                                    Case number (*if known*)_____

| | Name and address of recipient | 18,750.00 | 06/01/2019 | Medical Director |
|---|---|---|---|---|
| 30.2 | Dr. Abe Lin | | 07/01/2019 | |
| | Name | | | |
| | 922 Northside Drive East | | 08/01/2019 | |
| | Statesboro, GA 30458 | | | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/04/2021
               MM  / DD  / YYYY

✘ /s/ Howard Gale, M.D.                                   Printed name  Howard Gale, M.D.
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Corporate Representative

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ☐ No
- ☑ Yes

Debtor Name ___Genesis Vascular of Pooler, LLC_____  Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

Nextgen Healthcare Information Systems, LLC, a California Limited Liability
Company, formerly known as Nextgen Healthcare Information Systems, Inc. v.
Genesis Vascular of Pooler, LLC, a Delaware Limited Liability Company, dba
Does 1-100, inclusive

30-2018-01016540-CU-BC-CJC

Complaint

Superior Court of the State of California for the County of Orange, Central
Justice Center

CA

Pending

-------


**26a) Bookkeepers**

| | | | |
|---|---|---|---|
| Andy Ashton, CPA | Doctors Management, LLC, 10401 Kingston Pike, Knoxville, TN 37922 | 10/01/2019 | 10/31/2020 |


**28) Additional people in control of the debtor at the time of the filing of this case**

| | | |
|---|---|---|
| Dr. Todd Becker | 7618 Banks Dairy Road, Statesboro, GA 30458 | 7.00 |
| Dr. David Roland Nabert | 21056 U.S. Hwy. 80 W., Statesboro, GA 30458 | 5.00 |
| SJS Family Trust | c/o Alexis Shin, Trustee 1156 Brannen Lake Road, Statesboro, GA 30458 | 5.00 |
| Genesis Vascular, LLC | 575 Rt. 73 North Suite A-6, West Berlin, NJ 08091 | 12.00 |
| Tenacity Consultants | 509 Wicklowe Place, Acworth, GA 30102 | 1.00 |
| Michael Micheli | 11 Argyle Road, Port Chester, NY 10573 | 1.00 |


**30) Payments, distributions, or withdrawals credited or given to insiders**

Name and Address:

Dr. Abe Lin

922 Northside Drive East

Debtor Name _____Genesis Vascular of Pooler, LLC_____    Case number *(if known)*_____

### Continuation Sheet for Official Form 207

Statesboro, GA 30458

**Amount of money or description: $18,750.00**

**Dates: 09/01/2019, 09/01/2019, 11/01/2019**

**Reason: Medical Director**

---

**Name and Address:**

**Dr. Abe Lin**

**922 Northside Drive East**
**Statesboro, GA 30458**

**Amount of money or description: $18,750.00**

**Dates: 12/01/2019, 12/01/2019, 02/01/2020**

**Reason: Medical Director**

---

**Name and Address:**

**Dr. Abe Lin**

**922 Northside Drive East**
**Statesboro, GA 30458**

**Amount of money or description: $6,250.00**

**Dates: 03/01/2020, 03/01/2020,  —**

**Reason: Medical Director**

---

**Name and Address:**

**Dr. Abe Lin**

**922 Northside Drive East**
**Statesboro, GA 30458**

**Amount of money or description: $69,715.64**

**Dates: 06/01/2019, 06/01/2019, 08/01/2019**

**Reason: RVU — Services Rendered to Patients**

---

**Name and Address:**

**Dr. Abe Lin**

**922 Northside Drive East**

Debtor Name ___Genesis Vascular of Pooler, LLC_____   Case number *(if known)*_____

### Continuation Sheet for Official Form 207

**Statesboro, GA 30458**

**Amount of money or description: $75,249.44**

**Dates: 09/01/2019, 09/01/2019, 11/19/2019**

**Reason: RVU — Services Rendered to Patients**

**---**

**United States Bankruptcy Court**

**IN RE:**
Case No._____

Genesis Vascular of Pooler, LLC
_____ Chapter _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares<br>(Or Percentage) | Security Class<br>(or kind of interest) |
| --- | --- | --- |
| AKM Georgia Enterprises, LLLP<br>5 Mayhaw Lane, Savannah, GA 31411 | 4.00 | Other (Member) |
| C3 of Bulloch, Inc.<br>701 Oglethorpe Trace, Statesboro, GA 30458 | 40.00 | Managing member |
| Dr. Todd Newsom<br>321 East Jones Street, Savannah, GA 31401 | 10.00 | Other (Member) |
| Pooler Property Holdings, LLC<br>c/o Dr. Leonard Talarico 140 Traders Way, Pooler, GA 31322 | 7.00 | Other (Member) |
| Dr. Howard Gale<br>1904 Sweet Bay Cove, Statesboro, GA 30458 | 10.00 | Other (Member) |
| Dr. Todd Becker<br>7618 Banks Dairy Road, Statesboro, GA 30458 | 7.00 | Other (Member) |

**United States Bankruptcy Court**

IN RE:                                                        Case No._____

Genesis Vascular of Pooler, LLC
_____ Chapter _____
                                                              11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dr. David Roland Nabert<br>21056 U.S. Hwy. 80 W., Statesboro, GA 30458 | 5.00 | Other (Member) |
| SJS Family Trust<br>c/o Alexis Shin, Trustee 1156 Brannen Lake Road, Statesboro, GA 30458 | 5.00 | Other (Member) |
| Genesis Vascular, LLC<br>575 Rt. 73 North Suite A-6, West Berlin, NJ 08091 | 12.00 | Other (Member) |
| Tenacity Consultants<br>509 Wicklowe Place, Acworth, GA 30102 | 1.00 | Other (Class B Member) |
| Michael Micheli<br>11 Argyle Road, Port Chester, NY 10573 | 1.00 | Other (Class B Member) |

United States Bankruptcy Court

Southern District of Georgia

In re:  Genesis Vascular of Pooler, LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____01/04/2021_____

/s/ Howard Gale, M.D.
_____
Signature of Individual signing on behalf of debtor

Corporate Representative
_____
Position or relationship to debtor

A.S.R.S. Inc.
Post Office Box 14651
Savannah, GA 31416

Abbott Laboratories, Inc.
100 Abbott Park Road
North Chicago, IL 60064-3500

Abbott Laboratories, Inc.
22400 Network Place
Chicago, IL 60673-1224

Abbott Vascular
75 Remittance Drive
Suite 1138
Chicago, IL 60675-1138

Abraham K. Lin
701 Oglethorpe Trace
Statesboro, GA 30458

Access Receivables
11350 McCormick Road, EPIII
Suite 800
Hunt Valley, MD 21031

Advance Medical Designs, Inc.
1241 Atlanta Industrial Drive
Marietta, GA 30066

Ajay Jain
1497 Fair Road
Statesboro, GA 30458

All About Medical Transport
1306 Heidt Avenue
Suite D
Savannah, GA 31408

AMI Healthcare Management
19785 Crystal Rock Drive
Suite 307
Germantown, MD 20874

Angio Advancements, LLC
Post Office Box 7125
Fort Myers, FL 33911

Angio Advancements, LLC
134 S. Charles Richard Beall Blvd.
Debary, FL 32713

AngioDynamics Finance
7808 Creekridge Circle
Suite 250
Minneapolis, MN 55439

AngioDynamics, Inc.
Post Office Box 1549
Albany, NY 12201-1549

BioMedix
2025 Centre Pointe Blvd.
Suite 200
Saint Paul, MN 55120

Boston Scientific Corporation
Post Office Box 786205
Philadelphia, PA 19178-6205

Boston Scientific Corporation
100 Boston Scientific Way
Marlborough, MA 01752

Bracco Diagostics, Inc.
Post Office Box 978952
Dallas, TX 75397-8952

Brian A. Moogerfeld
AKM Georgia Enterprises, LLLP
5 Mayhaw Lane
Savannah, GA 31411

C-III, Godley Station
c/o C-III Asset Management, LLC
5221 N. O'Connor Blvd., Ste. 600
Irving, TX 75039

C-III, Godley Station
c/o NAI Mopper Benton
1400 W. Northwood
Greensboro, NC 27408

Cardinal Health
Post Office Box 13862
Newark, NJ 07188-0862

Cardiovascular Systems, Inc.
Dept. CH 19348
Palatine, IL 60055-9348

CCC of NY
Post Office Box 288
Tonawanda, NY 14151-0288

Change Healthcare
Post Office Box 572490
Murray, UT 84157-2490

Change Healthcare
5995 Windward Parkway
MSTP 4901
Alpharetta, GA 30005

Charles C. Grile, Esq.
Attorney At Law
Post Office Box 663
Pooler, GA 31322

Chatham County Board of Assessors
Post Office Box 9786
Savannah, GA 31412-9786

Chatham County Personal Property
Post Office Box 6582
Carol Stream, IL 60197-6582

Chatham County Tax Commissioner
222 W. Oglethorpe Avenue
Suite 107
Savannah, GA 31401

Chatham County Tax Commissioner
Post Office Box 9827
Savannah, GA 31412

City of Pooler
100 US Highway 80 SW
Pooler, GA 31322-2530

Collection Agency
Post Office Box 17221
Wilmington, DE 19850

Crowder Stewart, LLP
Post Office Box 160
Augusta, GA 30903

CT Corporation
Post Office Box 4349
Carol Stream, IL 60197-4349

David J. Gengler, Esq.
4650 N. Port Washington Road
Washington Bldg., 2nd Floor
Milwaukee, WI 53212-1059

David Roland Nabert
21056 US Hwy. 80 W.
Statesboro, GA 30458

DRJRD, LLC
1321 Chuck Dawley Blvd.
Suite 102
Mount Pleasantor Pooler, SC 29464-6131

E. Jerry Cohn, Jr., M.D. & Sharon Bell
c/o James D. Durham, Esq.
102 East Liberty Street
Savannah, GA 31401

eClinicalWorks
Post Office Box 847950
Boston, MA 02284-7950

eClinicalWorks
Two Technology Drive
Westborough, MA 01581

Embark Properties VII, LLC
7 Dockside Drive
Savannah, GA 31410

Farmer Insurance
Post Office Box 1139
Draper, UT 84020-1139

Farmers Insurance
6301 Owensmouth Avenue
Woodland Hills, CA 91367

Farmers Insurance
Post Office Box 4665
Carol Stream, IL 60197-4665

Genesis Healthcare Management
575 Rt. 73 North Suite A6
West Berlin, NJ 08091

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Georgia Power
BIN #10102
241 Ralph McGil Blvd.
Atlanta, GA 30308-3374

Greenberg, Grant & Richards, Inc.
Corporate Headquarters
5858 Westheimer Rd, Suite 500
Houston, TX 77057

Hargray
Post Office Box 2000
Hilton Head Island, SC 29938-2000

Hargray Remittance Center
Post Office Box 100116
Columbia, SC 29202-3116

Heritage Business Systems, Inc.
Post Office Box 684
Pennsauken, NJ 08110

Howard Gale
1904 Sweet Bay Cove
Statesboro, GA 30458

Internal Revenue Service
Ogden, UT 84201-0102

J.S. Braddock Agency
22 North Main Street
Medford, NJ 08055

Kabat Chapman & Ozmer, LLP
171 17th Street, NW
Suite 1550
Atlanta, GA 30363

Keith A. Rouse
310 Eisenhower Drive
Bldg. 7A
Savannah, GA 31406

Leonard M. Talarico
Pooler Property Holdings, LLC
140 Traders Way
Pooler, GA 31322

Masergy
5757 W. Century Blvd.
Suite 575
Los Angeles, CA 90045

Masergy Cloud Communications, Inc.
Post Office Box 733939
Dallas, TX 75373-3939

Medtronic
4642 Collection Center Drive
Chicago, IL 60693-0046

Merit Medical
Post Office Box 204842
Dallas, TX 75320-4842

Momentum Digital, LLC
1010 N. Hancock Street
Philadelphia, PA 19123

Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326-1044

Morris, Manning & Martin, LLP
24 Drayton Street
Suite 712
Savannah, GA 31401

Nextgen Healthcare Information Systems, LLC f
c/o Paul N. Andonian, Esq.
159810 Ventura Blvd., 12th Floor
Encino, CA 91436

Pepper Hamilton, LLP
19th Floor, High Street Tower
125 High Street
Boston, MA 02110-2736

Primepoint, LLC
2 Springside Road
Mount Holly, NJ 08060

Real Op Investments
504 Rhett Street
Suite 200
Greenville, SC 29601

Sci Image
4916 El Camino Real
Suite 200
Los Altos, CA 94022

Sea Island Bank div Synovus Bank
1148 Broadway
Columbus, GA 31901

SJS Family Trust c/o Alexis Shin Trustee
1156 Brannen Lake Road
Statesboro, GA 30458

Stericycle, Inc.
Post Office Box 6582
Carol Stream, IL 60197-6582

Stericycle, Inc.
2355 Waukegan Road
Deerfield, IL 60015

Stericycle, Inc.
2355 Waukegan Road
Bannockburn, IL 60015

STUDIO27 Print & Design
1 Parker Avenue
Suite 3306
Philadelphia, PA 19128

Sunshine Communication Services
159 Madeira Avenue
Miami, FL 33134

Synovus Bank
ODP Dept.
Post Office Box 120
Columbus, GA 31901

Terumo
Post Office Box 930299
Atlanta, GA 31193-0299

The Corland Group
Post Office Box 2357
Waycross, GA 31502

The Spectranetics Corp/Phillips
Dept. CH 19038
Palatine, IL 60055-9038

Todd Newsom
321 East Jones Street
Savannah, GA 31401

Trilogy Medwaste Southeast, LLC
8554 Katy Freeway
Suite 200
Houston, TX 77024

Trotter Jones, LLP
3527 Walton Way Ext.
Augusta, GA 30909-1821

Uber
HQ 1455 Market Street #400
San Francisco, CA 94103

US Department of Revenue
Central Insolvency Unit
P.O. Box 7345
Philadelphia, PA 19101

Wellcare of Georgia, Inc.
Attn: Claim Refunds
Post Office Box 8500-7296
Philadelphia, PA 19178-7296

ZOG, Inc.
595 Bethlehem Pike
Suite 404
Montgomeryville, PA 18936

# United States Bankruptcy Court

Southern District of Georgia

**In re** Genesis Vascular of Pooler, LLC

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 20,000.00

The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 285.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Plus $285.00 per hour for additional related work or such other rate is allowed by the Court.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/04/2021

*Date*

/s/ Jon Levis, 448848

*Signature of Attorney*

Merrill & Stone LLC

*Name of law firm*
Post Office Box 129
Swainsboro, GA 30401
478-237-7029
levis@merrillstone.com