IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN: ] | |
| ] | CHAPTER 11 |
| **GENESIS VASCULAR OF POOLER, LLC** ] | |
| ] | **CASE NO. 21-40001-EJC** |
| **DEBTOR.** ] | |
| ] | |
| _____ ] | |

**STATEMENT OF CORPORATE OWNERSHIP**

  **COMES NOW**, the Debtor Genesis Vascular of Pooler, LLC ("Debtor" or "GVP") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

  __x__ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Corporation | Percent |
|---|---|
| C3 of Bulloch, Inc. | 40% |
| Genesis Vascular, LLC | 12% |

OR,

  _____ There are no entities to report.

              By: __/s/Jon A. Levis_____
                 Jon A. Levis
                 Signature of Attorney

              Counsel for **Genesis Vascular of Pooler, LLC**
              Bar No.: **448848**
              Address: **Post Office Box 129**
                 **Swainsboro, GA 30401**
              Telephone No.: **(478) 237-7029**
              Fax No.: **(478) 237-9211**
              E-mail address: **bkymail@merrillstonehamilton.com**

**EMANUEL COUNTY, GEORGIA**

## CERTIFICATE OF SERVICE

I, Jon A. Levis, of the firm of Merrill & Stone, Attorneys at Law, Post Office Box 129, Swainsboro, Georgia 30401, do hereby certify that I have served a copy of the within and foregoing **STATEMENT OF CORPORATE OWNERSHIP** upon:

Matthew E. Mills, Esq.
Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, GA  31401

by e-mail and/or mailing a copy through the United States mail with sufficient postage attached thereto to assure delivery.

**THIS** the 6th day of January, 2021.

**MERRILL & STONE, LLC**

/s/Jon A. Levis
JON A. LEVIS
ATTORNEY FOR DEBTOR
GEORGIA BAR NO: 448848

LAW OFFICES:

MERRILL & STONE, LLC
SECOND FLOOR - MITCHELL BUILDING
101 S. MAIN STREET
POST OFFICE BOX 129
SWAINSBORO, GA 30401
(478)237-7029
(478)237-9211 - FAX