**CORPORATE RESOLUTION**

The Members of Genesis Vascular of Pooler, LLC, unanimously consenting to this Corporate Resolution and by their signatures below having waived any notice requirements and have consented to the company action taken herein. Due to the company's financial difficulties and the threatened loss of critical assets, the undersigned have authorized:

(1) The filing of a Chapter 11 petition in bankruptcy by Genesis Vascular of Pooler, LLC;
(2) Authorized Dr. Howard Gale as the corporate designee to execute all documents necessary for said filing;
(3) The retention of the law firm of Merrill & Stone, LLC to represent Genesis Vascular of Pooler, LLC in the bankruptcy case; and
(4) The effective date of this Corporation Resolution is __14__ day of September, 2020.

_____
C3 of Bulloch, Inc.,
Managing Member
By: Abraham Lin, M.D.
Its: __President__

_____
AKM Georgia Enterprises, LLLP
By: Brian Moogerfeld, M.D.
Its: _____

_____
Dr. Todd Newsom, Individually

_____
Pooler Property Holdings, LLC
By: Leonard Talarico, M.D.
Its: _____

_____
Howard Gale, M.D., Individually

_____
Todd Becker, M.D., Individually

_____
David Roland Nabert, M.D., Individually

## CORPORATE RESOLUTION

The Members of Genesis Vascular of Pooler, LLC, unanimously consenting to this Corporate Resolution and by their signatures below having waived any notice requirements and have consented to the company action taken herein. Due to the company's financial difficulties and the threatened loss of critical assets, the undersigned have authorized:

(1) The filing of a Chapter 11 petition in bankruptcy by Genesis Vascular of Pooler, LLC;
(2) Authorized Dr. Howard Gale as the corporate designee to execute all documents necessary for said filing;
(3) The retention of the law firm of Merrill & Stone, LLC to represent Genesis Vascular of Pooler, LLC in the bankruptcy case; and
(4) The effective date of this Corporation Resolution is _____ day of September, 2020.

C3 of Bulloch, Inc.,
Managing Member
By: Abraham Lin, M.D.
Its: _____

*Brian A Moogerfeld MD*
AKM Georgia Enterprises, LLLP
By: Brian Moogerfeld, M.D.
Its: _____

_____
Dr. Todd Newsom, Individually

Pooler Property Holdings, LLC
By: Leonard Talarico, M.D.
Its: _____

_____
Howard Gale, M.D., Individually

## CORPORATE RESOLUTION

The Members of Genesis Vascular of Pooler, LLC, unanimously consenting to this Corporate Resolution and by their signatures below having waived any notice requirements and have consented to the company action taken herein. Due to the company's financial difficulties and the threatened loss of critical assets, the undersigned have authorized:
  (1) The filing of a Chapter 11 petition in bankruptcy by Genesis Vascular of Pooler, LLC;
  (2) Authorized Dr. Howard Gale as the corporate designee to execute all documents necessary for said filing;
  (3) The retention of the law firm of Merrill & Stone, LLC to represent Genesis Vascular of Pooler, LLC in the bankruptcy case; and
  (4) The effective date of this Corporation Resolution is _____ day of November, 2020.


C3 of Bulloch, Inc.,
Managing Member
By: Abraham Lin, M.D.
Its: _____


AKM Georgia Enterprises, LLLP
By: Brian Moogerfeld, M.D.
Its: _____


Todd Newsom, DPM

Dr. Todd Newsom, Individually


Pooler Property Holdings, LLC
By: Leonard Talarico, M.D.
Its: _____


Howard Gale, M.D., Individually

## CORPORATE RESOLUTION

The Members of Genesis Vascular of Pooler, LLC, unanimously consenting to this Corporate Resolution and by their signatures below having waived any notice requirements and have consented to the company action taken herein. Due to the company's financial difficulties and the threatened loss of critical assets, the undersigned have authorized:

(1) The filing of a Chapter 11 petition in bankruptcy by Genesis Vascular of Pooler, LLC;
(2) Authorized Dr. Howard Gale as the corporate designee to execute all documents necessary for said filing;
(3) The retention of the law firm of Merrill & Stone, LLC to represent Genesis Vascular of Pooler, LLC in the bankruptcy case; and
(4) The effective date of this Corporation Resolution is _____ day of September, 2020.

C3 of Bulloch, Inc.,
Managing Member
By: Abraham Lin, M.D.
Its: _____

AKM Georgia Enterprises, LLLP
By: Brian Moogerfeld, M.D.
Its: _____

Dr. Todd Newsom, Individually

*[signature]*
Pooler Property Holdings, LLC
By: Leonard Talarico, M.D.
Its: _____

Howard Gale, M.D., Individually

## CORPORATE RESOLUTION

The Members of Genesis Vascular of Pooler, LLC, unanimously consenting to this Corporate Resolution and by their signatures below having waived any notice requirements and have consented to the company action taken herein. Due to the company's financial difficulties and the threatened loss of critical assets, the undersigned have authorized:
(1) The filing of a Chapter 11 petition in bankruptcy by Genesis Vascular of Pooler, LLC;
(2) Authorized Dr. Howard Gale as the corporate designee to execute all documents necessary for said filing;
(3) The retention of the law firm of Merrill & Stone, LLC to represent Genesis Vascular of Pooler, LLC in the bankruptcy case; and
(4) The effective date of this Corporation Resolution is _____ day of September, 2020.

C3 of Bulloch, Inc.,
Managing Member
By: Abraham Lin, M.D.
Its: _____

AKM Georgia Enterprises, LLLP
By: Brian Moogerfeld, M.D.
Its: _____

Dr. Todd Newsom, Individually

Pooler Property Holdings, LLC
By: Leonard Talarico, M.D.
Its: _____

9/11/2020

Howard Gale, M.D., Individually

_[signature]_
_____
Todd Becker, M.D., Individually


_____
David Roland Nabert, M.D., Individually


_____
SJS Family Trust
By: Alexis Shin, Trustee
Its: _____


_____
Genesis Vascular, LLC
By: _____
Its: _____

_____
Todd Becker, M.D., Individually

*David R Nabert* (signature)
_____
David Roland Nabert, M.D., Individually


_____
SJS Family Trust
By: Alexis Shin, Trustee
Its: _____


_____
Genesis Vascular, LLC
By: _____
Its: _____

_____
Todd Becker, M.D., Individually


_____
David Roland Nabert, M.D., Individually


_____
SJS Family Trust
By: Alexis Shin, Trustee
Its: _____


_____
Genesis Vascular, LLC
By: _____
Its: _____

_____
Todd Becker, M.D., Individually


_____
David Roland Nabert, M.D., Individually


_____
SJS Family Trust
By: Alexis Shin, Trustee
Its: _____

*Barbara O'Dare*
_____
Genesis Vascular, LLC
By: ___Barbara    O'Dare___
Its: ___CEO___